# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DONALD B. TAYLOR & LECHIA G. TAYLOR  Case Number: 04-74721
423 S. CALIFORNIA STREET  SSN-xxx-xx-9863 & xxx-xx-2961
SYCAMORE, IL 60178

Case filed on: 9/23/2004
Plan Confirmed on: 12/17/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $207,070.54       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | GMAC MORTGAGE CORPORATION | 0.00 | 36,387.58 | 36,387.58 | 0.00 |
|  | Total Continue | 0.00 | 36,387.58 | 36,387.58 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 031 | THE BRICE LEGAL GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 1,457.98 | 1,457.98 | 1,457.98 | 0.00 |
|  | Total Priority | 1,457.98 | 1,457.98 | 1,457.98 | 0.00 |
| 999 | DONALD B. TAYLOR | 0.00 | 0.00 | 6,707.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 6,707.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 100.00 | 100.00 | 100.00 | 2.33 |
| 002 | LVNV FUNDING LLC | 200.00 | 200.00 | 200.00 | 4.47 |
| 004 | ECAST SETTLEMENT CORPORATION | 800.00 | 800.00 | 800.00 | 17.71 |
| 005 | CENTER ONE FINANCIAL SERVICES LLC | 9,900.00 | 9,900.00 | 9,900.00 | 265.46 |
| 006 | RETAIL SERVICES | 200.00 | 200.00 | 200.00 | 4.47 |
| 009 | AMERICAN GENERAL FINANCE | 500.00 | 500.00 | 500.00 | 18.92 |
|  | Total Secured | 11,700.00 | 11,700.00 | 11,700.00 | 313.36 |
| 001 | AMERICAN GENERAL FINANCE | 199.26 | 199.26 | 199.26 | 0.00 |
| 002 | LVNV FUNDING LLC | 2,849.14 | 2,849.14 | 2,849.14 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 2,765.81 | 2,765.81 | 2,765.81 | 0.00 |
| 005 | CENTER ONE FINANCIAL SERVICES LLC | 1.63 | 1.63 | 1.63 | 0.00 |
| 006 | RETAIL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 35.22 | 35.22 | 35.22 | 0.00 |
| 008 | BECKET & LEE, LLP | 19,164.30 | 19,164.30 | 19,164.30 | 0.00 |
| 009 | AMERICAN GENERAL FINANCE | 584.50 | 584.50 | 584.50 | 0.00 |
| 010 | SHERMAN ACQUISITION DBA | 5,311.75 | 5,311.75 | 5,311.75 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 6,841.62 | 6,841.62 | 6,841.62 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 7,070.68 | 7,070.68 | 7,070.68 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 1,557.48 | 1,557.48 | 1,557.48 | 0.00 |
| 014 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SMC | 1,379.38 | 1,379.38 | 1,379.38 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 7,775.50 | 7,775.50 | 7,775.50 | 0.00 |
| 017 | CREDIT FIRST NA | 1,334.02 | 1,334.02 | 1,334.02 | 0.00 |
| 018 | DUPAGE CREDIT UNION | 18,321.18 | 18,321.18 | 18,321.18 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 1,317.09 | 1,317.09 | 1,317.09 | 0.00 |
| 020 | EXXON MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 4,091.25 | 4,091.25 | 4,091.25 | 0.00 |
| 022 | CREDITORS BANKRUPTCY SERVICE | 2,149.69 | 2,149.69 | 2,149.69 | 0.00 |
| 023 | LOWE'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ECAST SETTLEMENT CORPORATION | 22,787.70 | 22,787.70 | 22,787.70 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 7,983.38 | 7,983.38 | 7,983.38 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 9,259.62 | 9,259.62 | 9,259.62 | 0.00 |
| 027 | RETAIL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | RESURGENT CAPITAL SERVICES | 6,947.21 | 6,947.21 | 6,947.21 | 0.00 |
| 029 | RESURGENT CAPITAL SERVICES | 801.91 | 801.91 | 801.91 | 0.00 |
| 030 | ECAST SETTLEMENT CORPORATION | 3,970.86 | 3,970.86 | 3,970.86 | 0.00 |
| 032 | ECAST SETTLEMENT CORPORATION | 5,258.17 | 5,258.17 | 5,258.17 | 0.00 |
|  | Total Unsecured | 139,758.35 | 139,758.35 | 139,758.35 | 0.00 |
|  | Grand Total: | 155,616.33 | 192,003.91 | 198,710.91 | 313.36 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $199,024.27 |
| Trustee Allowance: | $8,046.27 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/25/2007               By  /s/Heather M. Fagan